Walter Spangler, plaintiff in error, v. Marie D. Spangler, defendant in error. Gen. No. 7,047.

Marie D. Spangler, appellee, v. Walter Spangler, appellant. Gen. No. 7,105.

Gen. No. 7,047. Suit to set aside a decree of divorce and for alimony and for custody of a child. Decree for complainant.

Gen. No. 7,105. Action at law for services and money expended by plaintiff for defendant. Judgment for plaintiff. Gen. No. 7,047, error to the Circuit Court of Woodford county; Gen. No. 7,105, appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1922. Gen. No. 7,047, affirmed in part, reversed in part and remanded with directions. Gen. No. 7,105, reversed at the costs of Mrs. Spangler with finding to be entered in the judgment. Opinion filed October 25, 1922. Rehearing denied January 4, 1923.

Gen. No. 7,047, John B. King, for plaintiff in error. Gen. No. 7,105, Kennedy & Kennedy and John B. King, for appellant. Orman Ridgely, for defendant in error and for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Cynthia J. Case, appellant, v. Charles V. Weddell, appellee. Gen. No. 7,064.

Action for damages resulting from the sale by defendant of capital stock. Judgment for defendant. Appeal from the Circuit Court of DeKalb county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed October 25, 1922. Rehearing denied January 4, 1923.

Harvey Gunsul and Harry S. Mecartney, for appellant. Horace K. Tenney, A. G. Kennedy, Thomas M. Cliffe and Harold F. White, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

William Pentland, appellee, v. Mathis Brothers & Company, appellant. Gen. No. 7,065.

Assumpsit for oats claimed to have been purchased by defendant. Judgment for plaintiff. Appeal from the Circuit Court of Whiteside county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922.

Harry H. Waite, for appellant. J. J. Ludens, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

C. E. Harrington, appellant, v. Julius Lepley, appellee. Gen. No. 7,070:

Replevin for possession of hogs. Judgment for defendant. Appeal from the Circuit Court of Lee county; the Hon. F. J. Stransky, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

H. A. Brooks, for appellant. Henry C. Warner and Robert L. Warner, for appellee.

Mr. Justice Partlow delivered the opinion of the court.